## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CASE NO. 21-CR-392 (RCL)** |
| | **:** | |
| **RUSSELL TAYLOR,** | **:** | |
| **Defendant.** | **:** | |

### MOTION TO STAY RELEASE ORDER

The United States, by and through its undersigned attorneys, respectfully requests that the Court stay the Magistrate Judge's June 11, 2021 Release Order in this case until the time that the Court resolves a forthcoming motion by the United States to revoke that Order. In support of this motion, the government states as follows:

On June 9, 2021, the defendant was indicted by a grand jury on six felony charges arising from his involvement in the riot at the U.S. Capitol on January 6, 2021. On June 10, 2021, the defendant was taken into custody in the Central District of California. On June 11, 2021, the defendant had an initial appearance pursuant to Fed. R. Crim. P. 5(c)(2) before a U.S. Magistrate Judge in the Central District of California (case no. 8:21-mj-00415). At that hearing, the government moved to detain the defendant pending trial. The Magistrate Judge ordered the defendant released, but stayed his order until Tuesday, June 15, 2021, at 5:00 p.m.

The government intends to seek relief from this Court, pursuant to 18 U.S.C. § 3145(a)(1), to revoke the Magistrate Judge's Release Order. The government will file its motion and supporting memorandum by Wednesday, June 16, 2021, and will not object to an expedited briefing and hearing schedule on this matter. However, because there will not be adequate time to litigate the government's motion in full prior to the expiration of the Magistrate

Judge's stay, the government respectfully requests that this Court stay the Magistrate Judge's

Release Order until the time that the Court decides the government's forthcoming revocation

motion.

WHEREFORE, the government respectfully requests that the Court stay the Magistrate

Judge's Release Order in this case until the time that the Court decides the government's

revocation motion.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793


By:      /s/ *Risa Berkower*
RISA BERKOWER
Assistant United States Attorney
NY Bar No. 4536538
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 803-1576
Risa.berkower@usdoj.gov

*/s/ Katherine Nielsen*
KATHERINE NIELSEN
Trial Attorney, Detailee
D.C. Bar No. 491879
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 355-5736
Katherine.nielsen@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-392 (RCL)** |
| | **:** | |
| | **:** | |
| **RUSSELL TAYLOR** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Having received the government's Motion to Stay Release Order, in which the government requests that the Court stay the June 11, 2021 Release Order issued by a Magistrate Judge in the Central District of California (case no. 8:21-mj-00415), IT IS HEREBY ORDERED THAT:

The government's Motion is GRANTED; and

The Release Order in this case shall be stayed until the Court decides the government's forthcoming revocation motion.

SO ORDERED this _____ day of _____, 2021.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT