UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUSSELL TAYLOR,<br><br>*Defendant.* | Case No. 1:21-cr-392 (RCL) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby DENIES the government's motion [8] to stay defendant's release order.

**IT IS SO ORDERED.**

Date: 6/15/21

Royce C. Lamberth
United States District Judge