UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RUSSELL TAYLOR,

    *Defendant.*

Case No. 1:21-cr-392-RCL-2

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **DENIES** the government's motion to revoke the magistrate judge's order releasing the defendant pending trial. Defendant Russell Taylor shall remain subject to the conditions of release imposed by the magistrate judge.

**IT IS SO ORDERED.**

Date: 8/11/21

_____
Hon. Royce C. Lamberth
U.S. District Judge