UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| VS | DEFENDANTS UNOPPOSED MOTION TO TRAVEL |
| RUSSELL TAYLOR<br>DEFENDANT | |

Defendant Russell Taylor, through his counsel, files this unopposed motion to travel. Mr. Taylor is currently wearing the Court Ordered monitoring bracelet and has complied with all Court Orders. The Government has been presented with the request of Mr. Taylor to travel and they do not oppose this request.

Mr. Taylor requests that the Court allow him to travel on the following two dates:

1. September 17 to 19, 2021 to Catalina Island to attend a Father/Son campout with the YMCA Adventure Guides. Catalina is within the Central District of California. Mr. Taylor will depart by boat out of Long Beach Harbor on September 17 and return on September 19, 2021.
2. October 19 to October 25, 2021 to St George, Utah in order to perform required repairs and services upon property owned by the family in St. George. Mr. Taylor will travel by car to St. George, Utah.

Counsel is informed that Pre-Trial Service does not object to travel if they are apprised of all itineraries in advance of said travel.

Respectfully Submitted,

*Dyke Huish*

Dyke Huish

Attorney for Russell Taylor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS<br><br>RUSSELL TAYLOR<br>DEFENDANT | CASE NO.  1:21:CR:392-RCL<br><br>ORDER TO ALLOW TRAVEL<br>(PROPOSED) |

**ORDER TO ALLOW TRAVEL (PROPOSED)**

Before the Court is the request of Mr. Russel Taylor to be permitted to travel to Catalina Island on September 17 to 19, 2021 and to St George, Utah between October 19 to October 25, 2021. The Government does NOT OPPOSE this request but reaffirms the requirement that Mr. Taylor maintain his ankle monitor at all times.  For the reasons set forth in it motion, it is

**ORDERED**, that the motion is **GRANTED,** and that Mr. Taylor be:

1. **ALLOWED** to travel to Catalina Island September 17 to 19, 2021

2. **ALLOWED** to travel to St. George, Utah October 19 to 25, 2021.

IT IS SO ORDERED,

SEPTEMBER _____, 2021

_____

ROYCE C. LAMERTH

UNITED STATES DISTRICT JUDGE