# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| VS | DEFENDANTS UNOPPOSED MOTION TO TRAVEL |
| RUSSELL TAYLOR<br>DEFENDANT | |

Defendant Russell Taylor, through his counsel, files this unopposed motion to travel. Mr. Taylor is currently wearing the Court Ordered monitoring bracelet and has complied with all Court Orders. The Government has been presented with the request of Mr. Taylor to travel and they do not oppose this request.

Mr. Taylor withdraws his prior request to travel to Catalina as it was discovered that is monitoring system may not function or be able to be charged while on the island.

Mr. Taylor requests that the Court allow him to travel on the following single dates:

1. October 19 to October 25, 2021 to St George, Utah in order to perform required repairs and services upon property owned by the family in St. George. Mr. Taylor will travel by car to St. George, Utah.

Counsel is informed that Pre-Trial Service does not object to travel if they are apprised of all itineraries in advance of said travel.

Respectfully Submitted,

*Dyke Huish*

Dyke Huish

Attorney for Russell Taylor

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| VS | ORDER TO ALLOW TRAVEL (PROPOSED) |
| RUSSELL TAYLOR DEFENDANT | |

## ORDER TO ALLOW TRAVEL (PROPOSED)

Before the Court is the request of Mr. Russel Taylor to be permitted to travel to St. George, Utah between October 19 to October 25, 2021. The Government does NOT OPPOSE this request but reaffirms the requirement that Mr. Taylor maintain his ankle monitor at all times. For the reasons set forth in it motion, it is

**ORDERED**, that the motion is **GRANTED,** and that Mr. Taylor be:

1. **ALLOWED** to travel to St. George, Utah October 19 to 25, 2021.


IT IS SO ORDERED,

SEPTEMBER _____, 2021                              _____

                                                                              ROYCE C. LAMERTH

                                                                              UNITED STATES DISTRICT JUDGE