UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| VS | DEFENDANTS UNOPPOSED MOTION TO TRAVEL |
| RUSSELL TAYLOR<br>DEFENDANT | |

Defendant Russell Taylor, through his counsel, files this unopposed motion to travel. Mr. Taylor is currently wearing the Court Ordered monitoring bracelet and has complied with all Court Orders. The Government has been presented with the request of Mr. Taylor to travel and they do not oppose this request.

Mr. Taylor requests that the Court allow him to travel on the following date:

1. December 26, 2021 to January 3, 2022 to St George, Utah in order to perform ongoing repairs and services upon property owned by the family in St. George. Mr. Taylor will travel by car to St. George, Utah.

Counsel is informed that Pre-Trial Service does not object to travel if they are apprised of all itineraries in advance of said travel.[1]

Respectfully Submitted,

*/s/ Dyke Huish*

Dyke Huish

Attorney for Russell Taylor

---

[1] A prior planned and Court approved trip in October was cancelled due to school schedules for Mr. Taylor family.