UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS<br><br>RUSSELL TAYLOR<br>DEFENDANT | CASE NO. 1:21:CR:392-RCL<br><br>ORDER TO ALLOW TRAVEL |

## ORDER TO ALLOW TRAVEL

ORDERED, that the motion is **GRANTED,** and that Mr. Taylor be allowed to travel as follows:

"From December 26, 2021 to January 3, 2022 Mr. Taylor is permitted to travel to, from, and within the State of Utah. Mr. Taylor is also authorized to travel from California, through the State of Nevada, to the State of Utah during this time period."

IT IS SO ORDERED,

December, __21__, 2021

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE