UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| VS | REQUEST TO TRAVEL |
| RUSSELL TAYLOR<br>DEFENDANT | |

**REQUEST TO TRAVEL**

Before the Court is the request and Proposed Order of Mr. Russell Taylor to be permitted to travel to St George, Utah between April 13, 2022 to April 27, 2022. The Government does NOT OPPOSE this request but reaffirms the requirement that Mr. Taylor maintain his ankle monitor at all times.

*Dyke Huish*
_____

Dyke Huish

Attorney for Russell Taylor