# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| VS | ORDER TO ALLOW TRAVEL (PROPOSED) |
| RUSSELL TAYLOR DEFENDANT | |

## ORDER TO ALLOW TRAVEL

ORDERED, that the motion is **GRANTED,** and that Mr. Taylor be allowed to travel as follows:

"From April 13, 2022 to April 27, 2022, Mr. Taylor is permitted to travel to, from, and within the State of Utah. Mr. Taylor is also authorized to travel from California, through the State of Nevada, to the State of Utah during this time period."

IT IS SO ORDERED,

DATE: 4/1/22

ROYCE C. LAMBERTH

UNITED STATES DISTRICT JUDGE