5/27/22, 9:02 AM    Encounter - Office Visit Date of service: 05/20/22 Patient: RUSSELL TAYLOR DOB: 05/21/1981 PRN: RT899343

Case 1:21-cr-00392-RCL  Document 139-1  Filed 06/17/22  Page 1 of 4

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **RUSSELL TAYLOR** | | **Pacific Foot & Ankle Center** | | NOTE TYPE | SOAP Note |
| DOB | 05/21/1981 | T (949) 855-1177 | | SEEN BY | David Petersen DPM |
| AGE | 41 yrs | F (949) 855-6939 | | DATE | 05/20/2022 |
| SEX | Male | 24191 Paseo de Valencia | | AGE AT DOS | 40 yrs |
| PRN | RT899343 | Suite E | | Electronically signed by David Petersen | |
| | | Laguna Woods, CA 92637 | | DPM at 05/26/2022 10:09 pm | |

## Chief complaint

Pt. c/o left foot swelling and nerve pain, possible callus/wart and heel pain left. - last saw Dr. P in 2013 - Aetna. (Appt time: 9:00 AM) (Arrival time: 9:16 AM)

### Patient identifying details and demographics

| FIRST NAME | RUSSELL | SEX | Male | RACE | White |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 05/21/1981 | ETHNICITY | Not Hispanic or Latino |
| LAST NAME | TAYLOR | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | 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 | PRN | RT899343 | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | 16 Brittlestar Lane | CONTACT BY | - |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | russtaylorinc@gmail.com |
| CITY | Ladera Ranch | HOME PHONE | - |
| STATE | CA | MOBILE PHONE | (949) 701-9210 |
| ZIP CODE | 92694 | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

### Active insurance

### Inactive insurance

### Payment information

| PAYMENT PREFERENCE | Self Pay | DATE OF BIRTH | - |
|---|---|---|---|
| PATIENT'S RELATIONSHIP TO GUARANTOR | - | SEX | - |
| | | SOCIAL SECURITY NUMBER | - |
| GUARANTOR NAME | - | PRIMARY PHONE NUMBER | - |
| GUARANTOR ADDRESS | - | SECONDARY PHONE NUMBER | - |

5/27/22, 9:02 AM     Encounter - Office Visit Date of service: 05/20/22 Patient: RUSSELL TAYLOR DOB: 05/21/1981 PRN: RT899343

Case 1:21-cr-00392-RCL   Document 139-1   Filed 06/17/22   Page 2 of 4

## Vitals for this encounter

|  | 05/20/22 9:57 AM |
|---|---|
| Height | 75 in |
| Weight | 380 lb |
| Temperature | 97.50 °F |
| Pulse | 96 bpm |
| Respiratory rate | 12 bpm |
| Pain | 5 |
| BMI | 47.50 |
| Blood pressure | 144/89 mmHg |

## Diagnoses

Was diagnosis reconciliation completed?
**No selection made**

| Current | ACUITY | START | STOP |
|---|---|---|---|
| (I89.0) Lymphedema, not elsewhere classified | Chronic | | |
| (R26.2) Difficulty in walking, not elsewhere classified | Chronic | | |
| (M79.672) Pain in left foot | Chronic | | |
| (B07.0) Plantar wart | Acute | | |
| (M72.2) Plantar fascial fibromatosis | Chronic | | |

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

Was medication allergy reconciliation completed?
**No selection made**

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

5/27/22, 9:02 AM — Encounter - Office Visit Date of service: 05/20/22 Patient: RUSSELL TAYLOR DOB: 05/21/1981 PRN: RT899343

Case 1:21-cr-00392-RCL   Document 139-1   Filed 06/17/22   Page 3 of 4

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|------|---------|--------|------------|---------|---------|

No immunizations recorded for this patient.

## Family health history

| DIAGNOSIS | ONSET DATE |
|-----------|------------|

No Family health history recorded

**FAMILY HEALTH HISTORY (FREE TEXT)**

No family health history (free text) available for this patient.

## Advance Directive

| DIRECTIVE | RECORDED |
|-----------|----------|

No advance directives recorded for this patient.

## Subjective

Patient presents with painful left heel. Patient reports pain at 6 on a scale of 1-10. Reports pain present to plantar heel after periods of rest and with prolonged standing and weight-bearing. Reports pain as present for 2 months. Reports pain as progressive in nature. Patient reports previous self-care has provided minimal relief. Patient denies any known trauma to the area. Patient has weight gain over last 12 months due to lack of activity.
Pt. states left leg has had swelling for last several months gradually getting worse. He presents with ankle monitor on left ankle. Presents with painful lesions to the ball of left foot. Reports lesions have been present for several months and gradually becoming more painful and increasing in size.
Reports no previous treatment.
Reports previous self care with OTC medication and picking at lesions with little success.
Reports pain to touch, and is more painful barefoot. Proper shoe wear and decreased weight-bearing help relieve the pressure.

## Objective

VASCULAR EXAM:. Palpable pedal pulses right and left foot. Skin temperature is warm right and left foot. There is +1 edema noted left plantar medial and plantar central heel.
L ankle diameter 31 cm - Right ankle 30 cm.
NEUROLOGICAL EXAM:. Sensation intact right and left foot. Deep tendon reflexes intact and symetrical right and left foot.
MUSCULOSKELETAL EXAM:. There is pain to palpation of the plantar medial heel left foot. Pain is elicited to the left heel with dorsiflexion of the ankle. There is tightness noted to the posterior calf muscles of the affected limb. There is palpable contracture of the medial and central bands of the plantar fascia on the left foot. DERMATOLOGICAL EXAM: Essentially unremarkble. No calluses or ulcers present. Texture and turgor wnl. Good pigmentation..
*Hyperkeratotic lesions noted plantar left forefoot. Lesions total 2 in number. There is pain elicited with side to side compression of lesions. Small petechiae are evident with pinpoint bleeding upon debridement of lesions.

## Assessment

Left foot: Inferior calcaneal bursitis, enthesopathy and plantar fasciitis with foot pain, neuritis, tendonitis and edema foot..
Verruca plantars left foot with neuritis, edema and pain. Antalgic gait.
Lymphedema L>R lower extremity.

## Plan

Office visit and evaluation with discussion at length regarding the condition, etiology and treatment options. Dispensed and review patient education handouts regarding the condition. Greater than half of the 30 minutes time spent face to face with the patient was spent counseling on the condition.

5/27/22, 9:02 AM  Encounter - Office Visit Date of service: 05/20/22 Patient: RUSSELL TAYLOR DOB: 05/21/1981 PRN: RT899343

Case 1:21-cr-00392-RCL   Document 139-1   Filed 06/17/22   Page 4 of 4

Recommend x-rays but cautiously deferred due to ankle detector. X-rays can determine calcaneal spurring, bone pathology and foot structure.

Prescribed daily stretching exercises with written instructions provided. The patient was advised to use local ice massage to the affected foot daily.
Discussed ultrasound vs laser vs injection for heel pain.
Discussed possible injection plantar calcaneal bursa after sterile skin prep with alcohol, left foot instilling 2mg Dexamethasone phosphate and 1 cc 0.5% Marcaine. Recommend series of 2-3 injections to the area and then reassessment of response to conservative care.
Dispense and review written educational materials on warts. Debridement of the warty tissue and cryocauterization with Cryoprobe to all lesions. Applied salinocaine to all lesions with bandaid and moleskin and adivsed to keep on for 2 days and then apply topical anti-viral/wart 40% strenght sal. acid topical solution twice daily. Dispsense Vircin topical. Advised patient to scrub lesions in 5-7 days to remove any residue of the salinocaine and dead verruca skin.. Advised patient that if any blister develops to discontinue sal. acid for 3 days and to apply topical Bacitracin or Neosporin to the area.. Patient instructed to call our office if any problems occur. Recommend biking and swimming and row machine for NWB type activities that can aid in weight loss and reduction in edema particularly in the left leg.

Should pain persist or not respond to treatment consider: immobilization, physical therapy, shockwave, PRP or surgical intervention. Patient to be seen in 2 weeks for follow-up care, and instructed to call our office if any problems develop. Will check insurance orthotic benefits.
Dispensed Purestride orthotics for shoes to be worn and broken in over the next 7-10 days.

## Orders

### LAB ORDERS
No orders attached to this encounter.

### IMAGING ORDERS
No orders attached to this encounter.

## Screenings/ Interventions/ Assessments
No screenings/interventions/assessments recorded.

practicefusion