Dyke Huish (SBN: 167690)
Huishlaw@mac.com
LAW OFFICE OF DYKE E. HUISH
26161 Marguerite Pkwy., St. B
Mission Viejo, CA 92692
Telephone: (949) 837-8600


Attorney for Defendant, RUSSELL TAYLOR

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RUSSELL TAYLOR,<br><br>          Defendants. | Case No. 1:21-CR-00392<br><br>**ORDER TO MODIFY TERMS AND CONDITONS OF BAIL**<br><br>**JUDGE:  ROYCE C. LAMBERTH** |

### ORDER TO MODIFY BOND CONDITIONS

   This Court hereby ORDERS the following modification to the Bail Conditions of Mr. Russell Taylor:

1.   The removal of the term and condition of Location Monitoring Technology/Ankle Monitor as previously ordered by this Court on August 12, 2021.
2.   All other "Conditions of Release" to remain.


Dated:

_____

ROYCE C. LAMBERTH

UNITED STATES DISTRICT JUDGE

1