Dyke Huish (SBN: 167690)
Huishlaw@mac.com
LAW OFFICE OF DYKE E. HUISH
26161 Marguerite Pkwy., St. B
Mission Viejo, CA 92692
Telephone: (949) 837-8600

Attorney for Defendant, RUSSELL TAYLOR

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL TAYLOR,<br><br>　　　　Defendants. | Case No. 1:21-CR-00392-RCL<br><br>**REQUEST FOR AN ORAL HEARING RE THE MOTION TO MODIFY RELEASE CONDITIONS**<br><br>**JUDGE:  ROYCE C. LAMBERTH** |

Mr. Taylor is requesting a hearing at the Courts earliest availability in order to determine his prior request to modify release conditions.

On June 17, 2022, Mr. Taylor made a motion to modify his release conditions due to medical issues involving his ankle monitoring system.  On June 24, 2022, the Court made an Order that the matter be set on July 28, 2022, concurrently with the previously set status hearing.  On July 28, 2022, the status hearing was continued to September 12, 2022.  However, this issue was not heard nor reset.  Mr. Taylor's condition is worse, and he is requesting an oral hearing as soon as is practicable to determine his request.

1

Counsel for Mr. Taylor can also represent that he has spoken to the Government's attorney who also is requesting that this matter be heard at an oral hearing.

Dated: August 1, 2022　　　　　　　　　　　LAW OFFICE OF DYKE E. HUISH

　　　　　　　　　　　　　　　　　　　　　/s/Dyke E. Huish
　　　　　　　　　　　　　　　　　　　　　Attorney for Russell Taylor