UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RUSSELL TAYLOR,

*Defendant.*

Case No. 1:22-cr-392-RCL-2

## ORDER

Upon consideration of Russell Taylor's [146] Request for an Oral Hearing as to his [139] Motion to Modify Conditions of Release, as well as the Court's Minute Order dated 06/24/2022, Russell Taylor's request for an oral hearing at this time is **DENIED**.

In its Minute Order dated 06/24/2022, the Court ordered that Russell Taylor "provide an updated report from his doctor" prior to a status conference originally scheduled for 07/28/2022. Russell Taylor later consented to continuance of that status conference through the government's [142] Motion to Continue. The Court granted that motion on 07/27/2022 through its [145] Order. No updated doctor's report has been provided on the docket. The Court will schedule an oral hearing on Russell Taylor's motion at such a time when an updated report from his doctor is provided.

**IT IS SO ORDERED.**

Date: August 5, 2022

Royce C. Lamberth
United States District Judge