Dyke Huish (SBN: 167690)
Huishlaw@mac.com
LAW OFFICE OF DYKE E. HUISH
26161 Marguerite Pkwy., St. B
Mission Viejo, CA 92692
Telephone: (949) 837-8600

Attorney for Defendant, RUSSELL TAYLOR

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| THE UNITED STATES OF AMERICA, Plaintiff, vs. RUSSELL TAYLOR, Defendants. | Case No. 1:21-CR-00392-RCL<br><br>**REQUEST FOR AN ORAL HEARING RE THE MOTION TO MODIFY RELEASE CONDITIONS – MEDICAL REPORT**<br><br>**JUDGE:  ROYCE C. LAMBERTH** |
|---|---|

Mr. Taylor, requesting a hearing at the Courts earliest availability in order to determine his prior request to modify release conditions, hereby provides the updated medical reports as ordered by the Court on August 5, 2022.

Dated: August 8, 2022                    LAW OFFICE OF DYKE E. HUISH

/s/Dyke E. Huish

Attorney for Russell Taylor

1