UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| VS | DEFENDANTS UNOPPOSED MOTION TO TRAVEL |
| RUSSELL TAYLOR<br>DEFENDANT | |

Defendant Russell Taylor, through his counsel, files this unopposed motion to travel. It is the understanding of Mr. Taylor that both Pre Trial-Services and the United States Attorney's Office would defer to the Court on this travel request.

Mr. Taylor requests that the Court allow him to travel on the following dates:

1. August 21, 2022 to August 31, 2021 to Utah in order to perform required repairs and services upon property owned by the family in the St. George area. Mr. Taylor will also spend a few days with family in the surrounding area. Mr. Taylor will travel by car to Utah through Nevada and briefly Arizona.

Respectfully Submitted,

*Dyke Huish*

Dyke Huish

Attorney for Russell Taylor