UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| VS | ORDER TO ALLOW TRAVEL (~~PROPOSED~~) |
| RUSSELL TAYLOR DEFENDANT | |

## ORDER TO ALLOW TRAVEL (PROPOSED)

Having reviewed the request of Mr. Taylor it is hereby **ORDERED**, that the motion is **GRANTED,** and that Mr. Taylor be **ALLOWED** to leave the Central District of California and travel to Utah, via Nevada and Arizona, between August 21, 2022 to August 31, 2021. All other terms and conditions are to remain.

IT IS SO ORDERED,

AUGUST __19__, 2022

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE