UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  1:21:CR:392-RCL |
| VS | DEFENDANTS UNOPPOSED MOTION TO TRAVEL |
| RUSSELL TAYLOR<br>DEFENDANT | |

Defendant Russell Taylor, through his counsel, files this unopposed motion to travel.  It is the understanding of Mr. Taylor that both Pre Trial-Services and the United States Attorney's Office would defer to the Court on this travel request.

Mr. Taylor requests that the Court allow him to travel on the following dates:

1. **September 27 to October 7, 2022** to Utah in order to work and to service property owned by the family in the St. George area.  Mr. Taylor will also spend a few days with family in the surrounding area.  Mr. Taylor will travel by car to Utah through Nevada and briefly Arizona.

Respectfully Submitted,

*Dyke Huish*

Dyke Huish

Attorney for Russell Taylor