UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.   )<br>)<br>RUSSELL TAYLOR )<br>)<br>*Defendant.* ) | Criminal No. 21-392-2 (RCL) |

### ORDER

On December 02, 2022, this Court conducted a status conference for all defendants via video in case 21-cr-392. Dyke Huish, Russell Taylor's attorney in this matter, and Russell Taylor both failed to appear. The time for the December 2nd status conference was set in open court at a prior hearing in this matter, held September 20, 2022, which both Mr. Huish and Mr. Taylor attended. Notification for the December 2nd status conference was also made by minute entry on the CM/ECF system. It is therefore

**ORDERED** that Dyke Huish shall show cause why he and his client should not be held in contempt of court, returnable in writing within 10 days of the date of this order.

**SO ORDERED** this _2nd_ day of December 2022.

ROYCE C. LAMBERTH
United States District Judge