# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  1:21:CR:392-RCL |
| VS | DEFENDANTS RESPONSE FOR MISSED STATUS CONFERNCE |
| RUSSELL TAYLOR<br>DEFENDANT | |

      Attorney Dyke Huish on his own behalf and on behalf of his client Mr. Taylor files this response to a failure to attend the status hearing on December 2, 2022.  The parties offer no excuse for missing the hearing but do apologize and inform the Court of the inadvertence that took place.

      Over the last few weeks counsel has been conversing with the government on several issues and there had been ongoing discussions about setting dates for pending litigation of issues amongst the parties.  In the course of this conversation counsel made an improper assumption that new dates would be set for all proceedings including this hearing.  For no justifiable reason, except human error, counsel took this matter off his calendar and did the same for his client, Mr. Taylor.  Mr. Taylor would obviously have attended, as would counsel, but for this error.

Counsel can also represent that in 30 years of practice this is the first time he has missed a hearing and is extremely remorseful for his calendaring error and the inconvenience it caused to the Court and the parties.

While mistakes occasional happen, Counsel wishes the Court to know of his personal admiration and respect for this Court and that such an error will not occur again.  Counsel asks the Court not to hold him nor his client in contempt for his mistake.  However, should the Court find this an act of contempt counsel submits it is his fault alone.  Should the Court require further explanation, we will immediately appear.

Respectfully Submitted,

*/s/ Dyke Huish*

Dyke Huish