UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| v. | ORDER TO MODIFY BAIL TERMS AND CONDITIONS |
| RUSSELL TAYLOR<br>DEFENDANT | |

**ORDER TO MODIFY BAIL TERMS AND CONDITIONS**

The Pretrial Release terms for Mr. Taylor are hereby **ORDERED** to be modified as follows:

1. Mr. Taylor may leave the Central District of California to travel to the Southern District of California, without permission of the Court.

2. **With the prior approval of his Pre Trial-Services Officer,** Mr. Taylor may leave the Central District of California to travel to the State of Utah, with incidental travel permitted through the State of Nevada and State of Arizona. Court approval for travel to these Districts shall no longer require Court approval.

3. Mr. Taylor shall report any Pre Trial-Services approved travel to the United States Attorney's Office (by email to the Governments counsel of record), through his counsel of record, a minimum of 48 hours prior to his leaving the Central District of California.

4. Travel to any other State or District shall continue to require specific Court Approval.

5. Mr. Taylor shall continue to be allowed to travel to Washington D.C. for legal purposes or Court appearances pursuant to the current terms and conditions.

6. The previously imposed curfew is removed as a term and condition of release.

IT IS SO ORDERED,

_December 20_, 2022

ROYCE C. LAMBERTH