UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS<br><br>RUSSELL TAYLOR<br>DEFENDANT | CASE NO.  1:21:CR:392-RCL<br><br>DEFENDANTS UNOPPOSED MOTION TO ALLOW TRAVEL |

Defendant Russell Taylor, through his counsel, files this unopposed motion to travel.  It is the understanding of Mr. Taylor that both Pre Trial-Services and the United States Attorney's Office would defer to the Court on this travel request.

Mr. Taylor requests that the Court allow him to travel on the following dates:

May 26, 2023 to May 31, 2023 to Kern County, California in order to work.  Kern County is in the Eastern District of California.  Mr. Taylor will travel by car and work for the five days and return directly to the Central District of California.


Respectfully Submitted,

*Dyke Huish*

Dyke Huish

Attorney for Russell Taylor