UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| | **ORDER TO MODIFY BAIL TERMS AND CONDITIONS** |
| RUSSELL TAYLOR<br>DEFENDANT | |

## ORDER TO MODIFY BAIL TERMS AND CONDITIONS

The Pretrial Release terms for Mr. Taylor are hereby **ORDERED** to be modified as follows:

1. With the **prior approval** of his Pre Trial-Services Officer, Mr. Taylor will be permitted to leave the Central District of California to travel for purpose of work to any District within the United States except the District of Columbia. This approval can come from either his Pre-Trail Officer in California, where he resides, or Pre-Trail Office in the District of Columbia.

2. Mr. Taylor shall continue to be allowed to travel to the District of Columbia for legal purposes or Court appearances pursuant to the current terms and conditions.

IT IS SO ORDERED,

_July 25_, 2023

_Royce C. Lamberth_

ROYCE C. LAMBERTH

UNITED STATES DISTRICT JUDGE