December 6, 2024

The Honorable Royce Charles Lamberth
United States District Court
District of Columbia

Re: The Russ Taylor Family Presidential Inaugural Invitation

Judge Lamberth:

It is my pleasure, as the U.S. Representative for the Second District, State of Utah (retired), and former officer in the United States Air Force, to extend an invitation to Russ Taylor, his wife, and three children to attend the United States Presidential Inauguration in Washington, D.C. on the 20th of January 2025. Three other current members of the Utah congressional delegation join with me in extending this invitation.

Russ Taylor is a man of integrity and faith who has served those who are less fortunate. He is constant in his service to members of his local church congregation and others not of his faith in his community. Russ is a successful entrepreneur and business owner with his wife. He is caring father and reveres his family, his faith, and his love of our Country as his highest priority in life. He is admired by many, and especially those in his community. Russ' passion for what is right and good is reflected in his intentions to lift others.

I am honored to extend this invitation for him to attend the Inauguration as my guest.

Respectfully,

*[signature]*

Congressman Chris Stewart (ret)
Managing Partner, SKYLINE CAPITOL