# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:21:CR:392-RCL |
| VS | ORDER TO ALLOW TRAVEL |
| RUSSELL TAYLOR<br>DEFENDANT | |

## ORDER TO ALLOW TRAVEL

It is hereby ORDERED, that the motion is **GRANTED,** and that Mr. Taylor be allowed to travel as follows:

"From January 16 to 21, 2025 - MR. RUSSELL TAYLOR is permitted to travel to Maryland and Washington D.C..

IT IS SO ORDERED,

December, _____, 2024

_____

ROYCE C. LAMBERTH

UNITED STATES DISTRICT JUDGE