UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-392-2 (RCL) |
| | : | |
| **RUSSELL TAYLOR,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW THE UNITED STATES, through undersigned counsel, and asks that this Court grant a fourteen-day extension of time to respond to Mr. Taylor's combined Motions to Dismiss Case and Withdraw Plea of Guilty (ECF No. 530). In support of this motion, the government states the following:

Mr. Taylor is among those granted a presidential pardon for crimes committed on January 6, 2021. Although the pardon is self-executing, he seeks other relief. ECF No. 530 at 3. In particular, he seeks leave of court to withdraw his plea of guilty, ECF No. 530 at 2, which raises non-case-specific questions about the interplay among: (a) Rule 11(e) of the Federal Rules of Criminal Procedure, (b) an appellate decision from another case affecting the charge of conviction, and (c) pardons. The United States Attorney's Office is considering how to answer such questions broadly and will ensure that the government files a response quickly. But the office needs more time for review.

Undersigned counsel spoke with counsel for Mr. Taylor, who does not object to a reasonable extension of time.

**CONCLUSION**

For these reasons, the United States moves for a fourteen-day extension of time to respond to Mr. Taylor's Motions to Dismiss and Withdraw Plea of Guilty.

Date: March 19, 2025

                                          Respectfully submitted,

                                          EDWARD R. MARTIN, JR.
                                          United States Attorney
                                          D.C. Bar No. 481866

By:    /S/ *Thomas T. Ballantine*
        THOMAS T. BALLANTINE
        CA Bar No. 208193
        Counsel of Record
        United States Attorney's Office
        for the District of Columbia
        601 D Street N.W.
        Washington, D.C. 20530
        (202) 514-2956
        Thomas.Ballantine@usdoj.gov

        JENNIFER LEIGH BLACKWELL
        Assistant United States Attorney
        D.C. Bar No. 481097
        601 D Street, NW Washington, D.C. 20530
        Jennifer.blackwell3@usdoj.gov (202) 252-7068